NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Law Offices of Dale K. Galipo
Dale K. Galipo, SBN 144074
Marcel F. Sincich, SBN 319508
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118
E-mail: dalekgalipo@yahoo.com / msincich@galipolaw.com

ATTORNEY(S) FOR: Plaintiff, Esmeralda Larios Alvarado

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ESMERALDA LARIOS ALVARADO,

Plaintiff(s),

v.

CITY OF LOS ANGELES; DANIEL RAMIREZ; JIM MCDONNELL; MATTHEW BARRAGAN; FLORENCE YU; ERROLL SOUTHERS; FABIAN GARCIA; MARIA CALANCHE; RASHA SHIELDS; and DOES 1-10, inclusive,

Defendant(s)

CASE NUMBER:

2:25-cv-07136

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:　　THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Esmeralda Larios Alvarado | Plaintiff |
| City of Los Angeles | Defendant |
| Daniel Ramirez | Defendant |
| Jim McDonnell | Defendant |
| Matthew Barragan | Defendant |
| Florence Yu | Defendant |
| Erroll Southers | Defendant |
| Fabian Garcia | Defendant |
| Maria Calanche | Defendant |
| Rasha Shields | Defendant |

August 1, 2025
Date

/s/ Marcel F. Sincich
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Esmeralda Larios Alvarado