LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Dalekgalipo2yahoo.com
Marcel F. Sincich, Esq. (319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to Alexander Aguilar-Larios, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:25-cv-07136-MAR<br><br>Assigned to:<br>Honorable Magistrate Judge Margo A. Rocconi<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff hereby submits her proof of service of the summons, complaint, and other documents on Defendants City of Los Angeles, Daniel Ramirez, Jim McDonnell, Matthew Barragan, Fabian Garcia, Rasha Shields, Erroll Southers and Florence Yu, attached hereto as Exhibits "A" through "H," respectively.

DATED: August 28, 2025         LAW OFFICES OF DALE K. GALIPO

                               By: _____
                               Dale K. Galipo
                               Marcel F. Sincich
                               *Attorneys for Plaintiff*