# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Larios Alvarado, Esmeralda v. City of Los Angeles | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>2:25-cv-07136-MAR |
| **Proof of Service** | | Ref. No. or File No:<br>Larios v. LA |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   **Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Summons**

2. Party Served: **DANIEL RAMIREZ By Serving Watch Commander/Front Desk Officer, Agent for Service**

3. Address: **12760 Osborne St Pacoima, CA 91331**

   On: **8/14/2025**          At: **11:03 AM**

4. I served the Party named in item 2
   By substituted service:
   **Officer Alley #39025 / JANE DOE - REFUSED TO PROVIDE LAST NAME (Gender: M Age: 60 Height: 5'9 Weight: 190 Race: caucasian Hair: gray Other: brown eyes)**
   **subpoena office**

   (Business) A person at least 18 years of age apparently in charge at the office or usual place of business of the person served.
   I informed him or her of the general nature of the papers.

5. A declaration of diligence and/or mailing is attached, if applicable.

Person attempting service:

   a. Name: **Pablo Lopez**
   b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **130.00**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**RapidLegal®**

Pablo Lopez          Date: **08/15/2025**

Proof of Service          Invoice #: 12615758-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Dale Galipo SBN 144074**<br>**Law Offices of Dale K. Galipo**<br>**21800 Burbank Blvd 310**<br>**Woodland Hills, CA 91367**<br>ATTORNEY FOR   **Plaintiff** | **(818) 347-3333** | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Larios Alvarado, Esmeralda v. City of Los Angeles | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>2:25-cv-07136-MAR |
| **Proof of Service by Mail** | | Ref. No. or File No:<br>Larios v. LA |

I am a citizen of the United States and employed in the County of **San Bernardino** State of California.  I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **08/15/2025** I mailed the within:                                **BY FAX**

*Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Summons*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Chino Hills**, California, addressed as follows:
**DANIEL RAMIREZ**
**12760 Osborne St  Pacoima, CA 91331**

Person attempting service:

  a. Name: **Tim Perez**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **130.00**
  e. I am:
  (3) [X] a registered California process server:
      (i) [X] Employee
      (ii) Registration No.: **1086**
      (iii) County: **San Bernardino**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.



Tim Perez                                                Date: **08/15/2025**