# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Larios Alvarado, Esmeralda v. City of Los Angeles | | |
| DATE:           TIME:           DEP./DIV. | | CASE NUMBER:<br>2:25-cv-07136-MAR |
| **Declaration of Service** | | Ref. No. or File No:<br>Larios v. LA |

**United States District Court**

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Summons**

On: **JIM MCDONNELL**

I served the summons at:

**200 S Spring St, 19th Floor  Los Angeles, CA 90015**

On: **8/14/2025**          Date:  **11:50 AM**

In the above mentioned action  by personally serving to and leaving with

**Julio "S" / JOHN DOE - REFUSED TO PROVIDE LAST NAME  (Gender: M Age: 34 Height: 5'7 Weight: 165 Race: Hispanic Hair: Black Other: )  -  Administration Clerk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Paulette Marie Sands**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



**Paulette Marie Sands**                                      Date: **08/18/2025**