# EXHIBIT F

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Marcel F. Sincich, SBN 319508<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>TELEPHONE NO.: 818.347.3333   FAX NO. *(Optional):* 818.347.4118<br>E-MAIL ADDRESS *(Optional):* msincich@galipolaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, Esmeralda Larios Alvarado | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 255 E. Temple Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Roybal Federal Building and U.S. Courthouse

| PLAINTIFF/PETITIONER: Esmeralda Larios Alvarado<br>DEFENDANT/RESPONDENT: City of Los Angeles, et al. | CASE NUMBER:<br>2:25-cv-07136-MAR |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet
   e. [ ] cross-complaint
   f. [X] other *(specify documents):* Notice of Interested Parties and Notice of Case Assignment
3. a. Party served *(specify name of party as shown on documents served):* Rasha Shields

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   100 W. 1st Street, Los Angeles, CA 90012
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*   (2) at *(time):*
   b. [X] **by substituted service.** On *(date):* 8/27/2025   at *(time):* 10:15 a.m.   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   Ernesto Vicencio, Commission Investigation Division Investigator

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 8/28/2025   from *(city):* Woodland Hills, CA   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

POS-010

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*   (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                       ☐ other:

7. **Person who served papers**
   a. Name: Alejandro Monguia
   b. Address: 21800 Burbank Blvd., Ste. 310, Woodland Hills, CA 91367
   c. Telephone number: 818-347-3333
   d. **The fee** for service was: $0.00
   e. I am:
     (1) ☒ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☐ a registered California process server:
       (i) ☐ owner    ☐ employee    ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: August 28, 2025

Alejandro Monguia           ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)

POS-010 [Rev. January 1, 2007]       **PROOF OF SERVICE OF SUMMONS**       Page 2 of 2