1 **HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
2 **KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
3 **TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
4 Los Angeles, CA 90012
5 Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, JIM MCDONNELL and DANIEL RAMIREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF LOS ANGELES, DANIEL RAMIREZ; JIM MCDONNELL; MATTHEW BARRAGAN; FLORENCE YU; ERROLL SOUTHERS; FABIAN GARCIA; MARÍA CALANCHE; RASHA SHIELDS; and DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO. 2:25-cv-07136-MAR<br>*Hon. Mag. Margo A. Rocconi; Roybal – Ctrm. 790*<br><br>**DEFENDANTS CITY OF LOS ANGELES, JIM MCDONNELL AND DANIEL RAMIREZ' ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

        COMES NOW Defendants CITY OF LOS ANGELES, JIM MCDONNELL and DANIEL RAMIREZ ("Defendants") answering Plaintiff's Complaint for Damages for themselves and for no other parties, admit, deny and allege as follows:

/ / /

1

## JURISDICTION AND VENUE

1. Answering paragraph 1, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

2. Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

3. Answering paragraph 3, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

4. Answering paragraph 4, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## INTRODUCTION

5. Answering paragraph 5, Defendants deny the allegations contained therein.

6. Answering paragraph 6, Defendants deny the allegations contained therein.

7. Answering paragraph 7, Defendants deny the allegations contained therein.

## PARTIES

8. Answering paragraph 8, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9. Answering paragraph 9, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10. Answering paragraph 10, Defendants deny the allegations contained therein.

11. Answering paragraph 11, Defendants deny the allegations contained therein.

/ / /

/ / /

12. Answering paragraph 12, Defendants lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13. Answering paragraph 13, Defendants deny the allegations contained therein.

14. Answering paragraph 14, Defendants deny the allegations contained therein.

15. Answering paragraph 15, Defendants deny the allegations contained therein.

16. Answering paragraph 16, Defendants deny the allegations contained therein.

17. Answering paragraph 17, Defendants deny the allegations contained therein.

18. Answering paragraph 18, Defendants deny the allegations contained therein.

19. Answering paragraph 19, Defendants deny the allegations contained therein.

20. Answering paragraph 20, the cause of action is not alleged against the answering Defendants, and on that basis the paragraph goes unanswered.

21. Answering paragraph 21, the cause of action is not alleged against the answering Defendants, and on that basis the paragraph goes unanswered.

22. Answering paragraph 22, the cause of action is not alleged against the answering Defendants, and on that basis the paragraph goes unanswered.

23. Answering paragraph 23, Defendants deny the allegations contained therein.

24. Answering paragraph 24, Defendants deny the allegations contained therein.

25. Answering paragraph 25, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

26. Answering paragraph 26, Defendants deny the allegations contained therein.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

27. Answering paragraph 27, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

28. Answering paragraph 28, Defendants deny the allegations contained therein.

29. Answering paragraph 29, Defendants deny the allegations contained therein.

30. Answering paragraph 30, Defendants deny the allegations contained therein.

31. Answering paragraph 31, Defendants deny the allegations contained therein.

32. Answering paragraph 32, Defendants deny the allegations contained therein.

33. Answering paragraph 33, Defendants deny the allegations contained therein.

34. Answering paragraph 34, Defendants deny the allegations contained therein.

35. Answering paragraph 35, Defendants deny the allegations contained therein.

36. Answering paragraph 36, Defendants deny the allegations contained therein.

37. Answering paragraph 37, Defendants deny the allegations contained therein.

38. Answering paragraph 38, Defendants deny the allegations contained therein.

39. Answering paragraph 39, Defendants deny the allegations contained therein.

40. Answering paragraph 40, Defendants deny the allegations contained therein.

41. Answering paragraph 41, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Excessive Force (42 U.S.C. § 1983)

(Plaintiff against Defendant RAMIREZ)

42. Answering paragraph 42, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

43. Answering paragraph 43, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44. Answering paragraph 44, Defendants deny the allegations contained therein.

45. Answering paragraph 45, Defendants deny the allegations contained therein.

46. Answering paragraph 46, Defendants deny the allegations contained therein.

47. Answering paragraph 47, Defendants deny the allegations contained therein.

48. Answering paragraph 48, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49. Answering paragraph 49, Defendants deny the allegations contained therein.
50. Answering paragraph 50, Defendants deny the allegations contained therein.
51. Answering paragraph 51, Defendants deny the allegations contained therein.
52. Answering paragraph 52, Defendants deny the allegations contained therein.
53. Answering paragraph 53, no factual allegations are made therein, and on that basis the paragraph goes unanswered.
54. Answering paragraph 54, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## SECOND CLAIM FO RELIEF

**Fourteenth Amendment – Denial of Familial Relationship (42 U.S.C. § 1983)**

(Plaintiff against Defendant RAMIREZ)

55. Answering paragraph 55, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporates by reference the answers provided herein to those paragraphs.
56. Answering paragraph 56, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.
57. Answering paragraph 57, Defendants deny the allegations contained therein.
58. Answering paragraph 58, no factual allegations are made therein, and on that basis the paragraph goes unanswered.
59. Answering paragraph 59, Defendants deny the allegations contained therein.
60. Answering paragraph 60, Defendants deny the allegations contained therein.
61. Answering paragraph 61, Defendants deny the allegations contained therein.
62. Answering paragraph 62, Defendants deny the allegations contained therein.
63. Answering paragraph 63, Defendants deny the allegations contained therein.
64. Answering paragraph 64, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

## THIRD CLAIM FOR RELIEF

### Municipal Liability – Ratification (42 U.S.C. § 1983)

(Plaintiff against Defendants CITY, MCDONNELL, BARRAGAN, YU, SOUTHERS, GARCIA, CLANCHE, SHIELDS, and DOE SUPERVISORS)

65. Answering paragraph 65, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

66. Answering paragraph 66, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

67. Answering paragraph 67, Defendants deny the allegations contained therein.

68. Answering paragraph 68, Defendants deny the allegations contained therein.

69. Answering paragraph 69, Defendants deny the allegations contained therein.

70. Answering paragraph 70, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

71. Answering paragraph 71, Defendants deny the allegations contained therein.

72. Answering paragraph 72, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73. Answering paragraph 73, Defendants deny the allegations contained therein.

74. Answering paragraph 74, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

75. Answering paragraph 75, Defendants deny the allegations contained therein.

75a. Answering paragraph 75a., Defendants deny the allegations contained therein.

///

75b. Answering paragraph 75b., Defendants deny the allegations contained therein.

75c. Answering paragraph 75c., Defendants deny the allegations contained therein.

75d. Answering paragraph 75d., Defendants deny the allegations contained therein.

75e. Answering paragraph 75e., Defendants deny the allegations contained therein.

75f. Answering paragraph 75f., Defendants deny the allegations contained therein.

75g. Answering paragraph 75g., Defendants deny the allegations contained therein.

75h. Answering paragraph 75h., Defendants deny the allegations contained therein.

75i. Answering paragraph 75i., Defendants deny the allegations contained therein.

75j. Answering paragraph 75j., Defendants deny the allegations contained therein.

75k. Answering paragraph 75k., Defendants deny the allegations contained therein.

76. Answering paragraph 76, Defendants deny the allegations contained therein.

77. Answering paragraph 77, Defendants deny the allegations contained therein.

78. Answering paragraph 78, Defendants deny the allegations contained therein.

79. Answering paragraph 79, Defendants deny the allegations contained therein.

80. Answering paragraph 80, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

81. Answering paragraph 81, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 U.S.C. § 1983)

(Plaintiff against Defendants CITY, MCDONNELL, BARRAGAN, YU, SOUTHERS, GARCIA, CLANCHE, SHIELDS, and DOE SUPERVISORS)

82. Answering paragraph 82, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs

83. Answering paragraph 83, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

84. Answering paragraph 84, Defendants deny the allegations contained therein.

85. Answering paragraph 85, Defendants deny the allegations contained therein.

86. Answering paragraph 86, Defendants deny the allegations contained therein.

87. Answering paragraph 87, Defendants deny the allegations contained therein.

88. Answering paragraph 88, Defendants deny the allegations contained therein.

88a. Answering paragraph 88a, Defendants deny the allegations contained therein.

88b. Answering paragraph 88b, Defendants deny the allegations contained therein.

88c. Answering paragraph 88c, Defendants deny the allegations contained therein.

88d. Answering paragraph 88d, Defendants deny the allegations contained therein.

88e. Answering paragraph 88e, Defendants deny the allegations contained therein.

88f. Answering paragraph 88f, Defendants deny the allegations contained therein.

///

88g. Answering paragraph 88g, Defendants deny the allegations contained therein.

88h. Answering paragraph 88h, Defendants deny the allegations contained therein.

88i. Answering paragraph 88i, Defendants deny the allegations contained therein.

88j. Answering paragraph 88j, Defendants deny the allegations contained therein.

88k. Answering paragraph 88k, Defendants deny the allegations contained therein.

88l. Answering paragraph 88l, Defendants deny the allegations contained therein.

88m. Answering paragraph 88m, Defendants deny the allegations contained therein.

88n. Answering paragraph 88n, Defendants deny the allegations contained therein.

88o. Answering paragraph 88o, Defendants deny the allegations contained therein.

88p. Answering paragraph 88p, Defendants deny the allegations contained therein.

88q. Answering paragraph 88q, Defendants deny the allegations contained therein.

89. Answering paragraph 89, Defendants deny the allegations contained therein.

89a. Answering paragraph 89a, Defendants deny the allegations contained therein.

89b. Answering paragraph 89b, Defendants deny the allegations contained therein.

///

   89c. Answering paragraph 89c, Defendants deny the allegations contained therein.

   89d. Answering paragraph 89d, Defendants deny the allegations contained therein.

   89e. Answering paragraph 89e, Defendants deny the allegations contained therein.

   89f. Answering paragraph 89f, Defendants deny the allegations contained therein.

   89g. Answering paragraph 89g, Defendants deny the allegations contained therein.

   89h. Answering paragraph 89h, Defendants deny the allegations contained therein.

   89i. Answering paragraph 89i, Defendants deny the allegations contained therein.

   89j. Answering paragraph 89j, Defendants deny the allegations contained therein.

   89k. Answering paragraph 89k, Defendants deny the allegations contained therein.

   90. Answering paragraph 90, Defendants deny the allegations contained therein.

   91. Answering paragraph 91, Defendants deny the allegations contained therein.

   92. Answering paragraph 92, Defendants deny the allegations contained therein.

   93. Answering paragraph 93, Defendants deny the allegations contained therein.

   94. Answering paragraph 94, Defendants deny the allegations contained therein.

   95. Answering paragraph 95, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

   96. Answering paragraph 96, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

## FIFTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

(Plaintiff against Defendants CITY, MCDONNELL, BARRAGAN, YU, SOUTHERS, GARCIA, CLANCHE, SHIELDS, and DOE SUPERVISORS)

97. Answering paragraph 97, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs

98. Answering paragraph 98, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

99. Answering paragraph 99, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

100. Answering paragraph 100, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

101. Answering paragraph 101, Defendants deny the allegations contained therein.

101a. Answering paragraph 101a, Defendants deny the allegations contained therein.

101b. Answering paragraph 101b, Defendants deny the allegations contained therein.

101c. Answering paragraph 101c, Defendants deny the allegations contained therein.

101d. Answering paragraph 101d, Defendants deny the allegations contained therein.

101e. Answering paragraph 101e, Defendants deny the allegations contained therein.

101f. Answering paragraph 101f, Defendants deny the allegations contained therein.

101g. Answering paragraph 101g, Defendants deny the allegations contained therein.

101h. Answering paragraph 101h, Defendants deny the allegations contained therein.

101i. Answering paragraph 101i, Defendants deny the allegations contained therein.

101j. Answering paragraph 101j, Defendants deny the allegations contained therein.

101k. Answering paragraph 101k, Defendants deny the allegations contained therein.

101l. Answering paragraph 101l, Defendants deny the allegations contained therein.

101m. Answering paragraph 101m, Defendants deny the allegations contained therein.

102. Answering paragraph 102, Defendants deny the allegations contained therein.

103. Answering paragraph 103, Defendants deny the allegations contained therein.

104. Answering paragraph 104, Defendants deny the allegations contained therein.

104a. Answering paragraph 104a, Defendants deny the allegations contained therein.

104b. Answering paragraph 104b, Defendants deny the allegations contained therein.

104c. Answering paragraph 104c, Defendants deny the allegations contained therein.

104d. Answering paragraph 104d, Defendants deny the allegations contained therein.

104e. Answering paragraph 104e, Defendants deny the allegations contained therein.

104f. Answering paragraph 104f, Defendants deny the allegations contained therein.

104g. Answering paragraph 104g, Defendants deny the allegations contained therein.

104h. Answering paragraph 104h, Defendants deny the allegations contained therein.

104i. Answering paragraph 104i, Defendants deny the allegations contained therein.

104j. Answering paragraph 104j, Defendants deny the allegations contained therein.

104k. Answering paragraph 104k, Defendants deny the allegations contained therein.

105. Answering paragraph 105, Defendants deny the allegations contained therein.

106. Answering paragraph 106, Defendants deny the allegations contained therein.

107. Answering paragraph 107, Defendants deny the allegations contained therein.

108. Answering paragraph 108, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

109. Answering paragraph 109, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

///

///

## SIXTH CLAIM FOR RELIEF

### Battery (Cal. Govt. Code § 820 and California Common Law)

(Plaintiff against Defendants RAMIREZ, and DOE OFFICERS in their individual capacity, directly; and Defendant CITY vicariously)

110. Answering paragraph 110, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs

111. Answering paragraph 111, Defendants deny the allegations contained therein.

112. Answering paragraph 112, Defendants deny the allegations contained therein.

113. Answering paragraph 113, Defendants deny the allegations contained therein.

114. Answering paragraph 114, Defendants deny the allegations contained therein.

115. Answering paragraph 115, Defendants deny the allegations contained therein.

116. Answering paragraph 116, Defendants deny the allegations contained therein.

117. Answering paragraph 117, Defendants deny the allegations contained therein.

118. Answering paragraph 118, Defendants deny the allegations contained therein.

119. Answering paragraph 119, Defendants deny the allegations contained therein.

120. Answering paragraph 120, Defendants deny the allegations contained therein.

/ / /

121.    Answering paragraph 121, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

### SEVENTH CLAIM FOR RELIEF

**Negligence (Cal. Govt. Code § 820 and California Common Law)**

(Plaintiff against Defendants RAMIREZ, MCDONNELL, BARRAGAN, YU, SOUTHERS, GARCIA, CLANCHE, SHIELDS, and DOES 1-10 in their individual capacity, directly; and Defendant CITY vicariously)

122.    Answering paragraph 122, which incorporates by reference the allegations of other paragraphs of the pleading, Defendant to the same extent incorporates by reference the answers provided herein to those paragraphs

123.    Answering paragraph 123, Defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

124.    Answering paragraph 124, Defendants deny the allegations contained therein.

125.    Answering paragraph 125, Defendants deny the allegations contained therein.

125a.   Answering paragraph 125a, Defendants deny the allegations contained therein.

125b.   Answering paragraph 125b, Defendants deny the allegations contained therein.

125c.   Answering paragraph 125c, Defendants deny the allegations contained therein.

125d.   Answering paragraph 125d, Defendants deny the allegations contained therein.

125e.   Answering paragraph 125e, Defendants deny the allegations contained therein.

///

125f.    Answering paragraph 125f, Defendants deny the allegations contained therein.

126.    Answering paragraph 126, Defendants deny the allegations contained therein.

127.    Answering paragraph 127, Defendants deny the allegations contained therein.

128.    Answering paragraph 128, Defendants deny the allegations contained therein.

129.    Answering paragraph 129, Defendants deny the allegations contained therein.

130.    Answering paragraph 130, Defendants deny the allegations contained therein.

131.    Answering paragraph 131, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

132.    Answering paragraph 132, Defendants deny the allegations contained therein.

133.    Answering paragraph 133, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

134.    Answering paragraph 134, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## EIGHTH CLAIM FOR RELIEF

**Bane Act (Violation of Cal. Civil Code § 52.1)**

(Plaintiff against Defendants RAMIREZ, DOE OFFICERS in their individual capacity, directly; and Defendant CITY vicariously)

135.    Answering paragraph 135, which incorporates by reference the allegations of other paragraphs of the pleading, Defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

/ / /

136. Answering paragraph 136, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

137. Answering paragraph 137, Defendants deny the allegations contained therein.

138. Answering paragraph 138, Defendants deny the allegations contained therein.

139. Answering paragraph 139, Defendants deny the allegations contained therein.

140. Answering paragraph 140, Defendants deny the allegations contained therein.

141. Answering paragraph 141, Defendants deny the allegations contained therein.

142. Answering paragraph 142, Defendants deny the allegations contained therein.

143. Answering paragraph 143, Defendants deny the allegations contained therein.

144. Answering paragraph 144, Defendants deny the allegations contained therein.

145. Answering paragraph 145, Defendants deny the allegations contained therein.

146. Answering paragraph 146, subparagraphs A-H, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## AFFIRMATIVE DEFENSES

As a separate and distinct affirmative defenses, Defendants allege each of the following:

### FIRST AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the **negligence of Plaintiff**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### SECOND AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the **negligence of other persons**, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### THIRD AFFIRMATIVE DEFENSE

Decedent had actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### FOURTH AFFIRMATIVE DEFENSE

The force used against Decedent, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary **for self-defense.**

### FIFTH AFFIRMATIVE DEFENSE

The force used against Decedent, if any, was caused and necessitated by the actions of plaintiff, and was reasonable and necessary for the **defense of others.**

### SIXTH AFFIRMATIVE DEFENSE

The claims are barred by the statute of limitations set forth in California *Code of Civil Procedure* § 340(3) and *Government Code* §945.6.

### SEVENTH AFFIRMATIVE DEFENSE

The state claims are barred for plaintiff's failure to comply with the provisions of the California Tort Claims Act, *Government Code* § 910 et seq.

### EIGHTH AFFIRMATIVE DEFENSE

The action is barred for lack of standing to sue.

**NINTH AFFIRMATIVE DEFENSE**

The action is barred by the doctrine of res judicata.

**TENTH AFFIRMATIVE DEFENSE**

Defendants' actions are privileged pursuant to *Civil Code* § 47.

**ELVENTH AFFIRMATIVE DEFENSE**

As to the federal claims and theories of recovery, these answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

**TWELFTH AFFIRMATIVE DEFENSE**

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Defendants are immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense:

*Government Code* §§ 815.2, 818, 818.8, 820.2, 820.8, 822.2

**DEMAND FOR JURY TRIAL**

Defendants hereby demand and request a trial by jury in this matter.

WHEREFORE, Defendants pray for judgment as follows:

1. That plaintiff take nothing by this action;
2. That the action be dismissed;
3. That Defendants be awarded costs of suit;

///
///
///

4. That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

Dated:  September 4, 2025    **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By:  *Ty A. Ford*
TY A. FORD, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, JIM MCDONNELL and DANIEL RAMIREZ