**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email:  Ty.Ford@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, JIM MCDONNELL and DANIEL RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, DANIEL RAMIREZ; JIM MCDONNELL; MATTHEW BARRAGAN; FLORENCE YU; ERROLL SOUTHERS; FABIAN GARCIA; MARIA CALANCHE; RASHA SHIELDS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-07136-MAR<br>*Hon. Mag. Margo A. Rocconi; Roybal – Ctrm. 790*<br><br>**DEFENDANTS CITY OF LOS ANGELES, JIM MCDONNELL AND DANIEL RAMIREZ' CERTIFICATE OF INTERESTED PARTIES** |

   The undersigned, counsel of record for Defendants CITY OF LOS ANGELES, JIM MCDONNELL and DANIEL RAMIREZ certify the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the court to evaluate disqualification or recusal.

1

1. ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased – Plaintiff
2. CITY OF LOS ANGELES – Defendant
3. DANIEL RAMIREZ – Defendant
4. JIM MCDONNELL – Defendant
5. MATTHEW BARRAGAN – Defendant
6. FLORENCE YU – Defendant
7. ERROLL SOUTHERS – Defendant
8. FABIAN GARCIA – Defendant
9. MARIA CALANCHE – Defendant
10. RASHA SHIELDS – Defendant

Dated: September 4, 2025

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney

By: *Ty A. Ford*
　　**TY A. FORD**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, JIM MCDONNELL and DANIEL RAMIREZ