1  LAW OFFICES OF DALE K. GALIPO
   Dale K. Galipo, Esq. (SBN 144074)
2  Dalekgalipo2yahoo.com
   Marcel F. Sincich, Esq. (319508)
3  msincich@galipolaw.com
   21800 Burbank Boulevard, Suite 310
4  Woodland Hills, CA  91367
   Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  *Attorneys for Plaintiff*

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

11 ESMERALDA LARIOS ALVARADO,          Case No. 2:25-cv-07136-MAR
   individually and as successor in interest
12 to Alexander Aguilar-Larios, deceased,   Assigned to:
                                             Honorable Magistrate Judge Margo A.
13                        Plaintiff,         Rocconi
14
15           v.                              **PROOF OF SERVICE OF**
                                             **SUMMONS AND COMPLAINT**
16 CITY OF LOS ANGELES, et al.,
17
                          Defendants.
18

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff hereby submits her proof of service of the summons, complaint, and other documents on Defendant Maria Calanche, attached hereto as Exhibits "A."

DATED: September 9, 2025             LAW OFFICES OF DALE K. GALIPO

                                     By: _____
                                     Dale K. Galipo
                                     Marcel F. Sincich
                                     *Attorneys for Plaintiff*

EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Larios Alvarado, Esmeralda v. City of Los Angeles | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>2:25-cv-07136-MAR |
| **Declaration of Service** | | Ref. No. or File No:<br>Larios v. LA |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:
**Complaint; Civil Cover Sheet; Notice of Interested Parties; Notice of Case Assignment; Summons**

On: **MARIA CALANCHE**

I personally served the summons on the individual at:

**4323 Berenice Ave  Los Angeles, CA 90031**

On: **8/30/2025**          Date: **12:46 PM**

Person attempting service:

  a. Name: **Robert Hall**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **275.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Robert Hall                                  Date: **09/09/2025**

Declaration of Service                                  Invoice #: 12615758-07