LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
Dalekgalipo2yahoo.com
Marcel F. Sincich, Esq. (319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to Alexander Aguilar-Larios, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:25-cv-07136-MAR<br><br>*Assigned to*:<br>Honorable Magistrate Judge Margo A. Rocconi<br><br>**REQUEST FOR PLAINTIFF'S ATTORNEY MARCEL F. SINCICH TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** |

**TO THE HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff Esmeralda Larios Alvarado, by and through her attorneys of record, hereby respectfully requests an order permitting her counsel Marcel F. Sincich to appear on her behalf in lieu of lead trial counsel, Dale K. Galipo, at the Scheduling Conference on October 22, 2025. Plaintiffs acknowledges that the Court's Order Setting Telephonic Scheduling Conference (Dkt. 14) requires that each party be represented at the Scheduling Conference by lead trial counsel. However, Plaintiff submits that good cause exists to allow Mr. Sincich to appear in place of Mr. Galipo

1  at the Scheduling Conference because Mr. Galipo will be in engaged in trial in
2  Nevada in the matter of *Jeanne Llera, et al. v. Las Vegas Metropolitan Police*
3  *Department*, Nevada District Court Case No. 2:20-cv-01589-RFB-BNW.
4    Further, Mr. Sincich is familiar with the facts and issues in *this* case, as well
5  as the contents of the parties' Joint Rule 26 Report (Dkt. 15). Mr. Sincich
6  participated in the Rule 26 conference between counsel, drafted the parties' Rule 26
7  Report, and is well-prepared to represent Plaintiff at the Scheduling Conference. Mr.
8  Sincich will also be handling the law and motion for Plaintiff in this case and will be
9  second-chairing the trial in this matter with Mr. Galipo.
10   For these reasons, Plaintiff respectfully requests that the Court issue an order
11 permitting Mr. Sincich to appear at the Telephonic Scheduling Conference on
12 October 22, 2025 in lieu of Plaintiff's lead trial counsel Mr. Galipo.

DATED: October 10, 2025   LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff,* Esmeralda Larios Alvarado