UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to Alexander Aguilar-Larios, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No. 2:25-cv-07136-MAR<br><br>*Assigned to*:<br>Honorable Magistrate Judge Margo A. Rocconi<br><br>[PROPOSED] ORDER PERMITTING PLAINTIFF'S ATTORNEY MARCEL F. SINCICH TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Request for Plaintiff's Attorney Marcel F. Sincich to Appear at the October 22, 2025 Scheduling Conference In Lieu of Lead Trial Counsel, and good cause appearing therein, it is hereby ordered that Plaintiff's attorney Marcel F. Sincich may appear on Plaintiff's behalf at the Scheduling Conference in lieu of Plaintiff's lead trial counsel, Dale K. Galipo.

Dated: 10/16/2025

_____
Honorable Margo A. Rocconi