# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-07136-MAR | Date | October 23, 2025 |
|---|---|---|---|
| Title | Esmeralda Larios Alvarado v. City of Los Angeles, et al | | |

### (IN CHAMBERS) **SCHEDULING ORDER**

Having conferred with the parties and considered the Joint Rule 26(f) report (Dkt. 15), the Court sets forth the schedule laid out below, which may be modified only upon a showing of good cause.

| Matter | Date |
|---|---|
| Last Date to Amend Pleadings or Add Parties | 12/19/25 |
| Last Date to Conduct Settlement Conference | 6/22/26 |
| Last Date to Hear Fact Discovery Motions | 6/24/26 |
| Fact Discovery Cut-Off | 7/8/26 |
| Initial Expert Disclosure | 7/13/26 |
| Rebuttal Expert Disclosure | 7/17/26 |
| Expert Discovery Cut-Off/Last Date to Hear Daubert Motions | 7/31/26 |
| Last Date to Hear Dispositive Motions | 8/5/2026 |
| Final Pretrial Conference | 9/23/2026 at 11:00 a.m. |
| Jury Trial | 10/06/2026 at 9:00 am |

**IT IS SO ORDERED.**