**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, DANIEL RAMIREZ, JIM MCDONNELL, MATTHEW BARRAGAN, FLORENCE YU, ERROLL SOUTHERS, FABIAN GARCIA, MARIA CALANCHE and RASHA SHIELDS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, DANIEL RAMIREZ; JIM MCDONNELL; MATTHEW BARRAGAN; FLORENCE YU; ERROLL SOUTHERS; FABIAN GARCIA; MARÍA CALANCHE; RASHA SHIELDS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-07136-MAR<br>*Hon. Mag. Margo A. Rocconi; Roybal – Ctrm. 790*<br><br>**PARTIES' JOINT STIPULATION TO DISMISS CERTAIN DEFENDANTS AND CERTAIN CAUSES OF ACTION FROM THE OPERATIVE COMPLAINT**<br><br>*[[Proposed] Order filed concurrently herewith]* |

**TO THIS HONORABLE COURT, TO ALL PARTIES, TO THEIR ATTORNEYS OF RECORD:**

Plaintiff ESMERALDA LARIOS ALVARADO and Defendants CITY OF LOS ANGELES, et al. ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1

**WHEREAS,** on April 1, 2026, and July 9, 2026, counsel for the Plaintiff and the Defendants meaningfully met-and-conferred under Local Rule 7-3 regarding Defendants' anticipated Motion for Summary Judgment.

**WHEREAS, as** a result of the meet and confer, Plaintiff's counsel agreed to the following:

1)    To dismiss, ***with prejudice***, the Third Cause of Action for "Municipal Liability – Ratification" pursuant to 42 U.S.C. § 1983 as to all alleged Defendants;

2)    To dismiss, ***with prejudice***, the Fourth Cause of Action for "Municipal Liability – Failure to Train" pursuant to 42 U.S.C. § 1983, as to all alleged Defendants;

3)    To dismiss, ***with prejudice,*** the Fifth Cause of Action for "Municipal Liability – Failure to Train" pursuant to 42 U.S.C. § 1983, as to all alleged Defendants;

4)    To dismiss, ***with prejudice***, all causes of action alleged against Defendants JIM MCDONNELL, MATTHEW BARRAGAN, FLORENCE YU, ERROLL SOUTHERS, FABIAN GARCIA, MARIA CALANCHE and RASHA SHIELDS.

**WHEREAS**, good cause has been shown by Plaintiffs and Defendants to reach an agreement to streamline the Complaint for the purposes of Defendants' Motion for Summary Judgment, Plaintiffs and Defendants respectfully request that the Court sign the accompanying proposed order reflecting this agreement to dismiss the Third, Fourth, and Fifth causes of action and JIM MCDONNELL, MATTHEW BARRAGAN, FLORENCE YU, ERROLL SOUTHERS, FABIAN GARCIA, MARIA CALANCHE and RASHA SHIELDS as Defendants in this action.

///

///

///

In light of this agreement, Defendants will not file a Motion for Summary Judgment but do not waive any defenses, including that of qualified immunity as to the remaining federal claims.

**IT IS SO STIPULATED**

Dated:  July 22, 2026                **HYDEE FELDSTEIN SOTO**, City Attorney
                                     **DENISE C. MILLS**, Chief Deputy City Attorney
                                     **KATHLEEN KENEALY**, Chief Assistant City Atty.
                                     **CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

                                     By:   *Ty A. Ford*
                                           **TY A. FORD**, Deputy City Attorney
                                     *Attorneys for Defendants*, CITY OF LOS ANGELES,
                                     DANIEL RAMIREZ, JIM MCDONNELL,
                                     MATTHEW BARRAGAN, FLORENCE YU,
                                     ERROLL SOUTHERS, FABIAN GARCIA, MARIA
                                     CALANCHE and RASHA SHIELDS

Dated: July 22, 2026                 **LAW OFFICE OF DALE K. GALIPO**

                                     By:   */s/*
                                           Dale K. Galipo
                                           Trenton C. Packer
                                           Marcel F. Sincich
                                           *Attorneys for Plaintiffs,* Esmeralda Alvarado
                                           Larios and Alexander Aguilar Larios

3