**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, DANIEL RAMIREZ; JIM MCDONNELL; MATTHEW BARRAGAN; FLORENCE YU; ERROLL SOUTHERS; FABIAN GARCIA; MARÍA CALANCHE; RASHA SHIELDS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-07136-MAR<br>*Hon. Mag. Margo A. Rocconi; Roybal – Ctrm. 790*<br><br>**[PROPOSED] ORDER RE PARTIES' JOINT STIPULATION TO DISMISS CERTAIN DEFENDANTS AND CERTAIN CAUSES OF ACTION FROM THE OPERATIVE COMPLAINT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

Based upon the foregoing stipulation of the Parties, the Third Cause of Action for "Municipal Liability – Ratification" pursuant to 42 U.S.C. § 1983 as to all alleged Defendants; the Fourth Cause of Action for "Municipal Liability – Failure to Train" pursuant to 42 U.S.C. § 1983, as to all alleged Defendants; and the Fifth Cause of Action for "Municipal Liability – Failure to Train" pursuant to 42 U.S.C. § 1983, as to

1

all alleged Defendants, are hereby dismissed *with prejudice*.

Furthermore, Defendants JIM MCDONNELL, MATTHEW BARRAGAN, FLORENCE YU, ERROLL SOUTHERS, FABIAN GARCIA, MARIA CALANCHE and RASHA SHIELDS are dismissed *with prejudice* as Defendants in this action.

**IT IS SO ORDERED.**

Dated: _____          _____

HON. MARGO A. ROCCONI
UNITED STATES DISTRICT COURT
MAGISTRATE

2