**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, Daniel ramirez; jim mcdonnell; Matthew barragan; florence yu; erroll southers; fabian garcia; maría calanche; rasha shields; and DOES 1-10, inclusive,<br><br>Defendants.<br>. | CASE NO. 2:25-cv-07136-MAR<br>*Hon. Mag. Margo A. Rocconi; - Ctrm. 790*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS; MOTION *IN LIMINE* TO BIFURCATE LIABILITY AND DAMAGES (COMPENSATORY AND PUNITIVE)** |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Having reviewed and considered all documents including any opposition and reply papers submitted regarding Defendants' Motion in Limine to Bifurcate Liability, Damages, including both Compensatory and Punitive Damages the Court finds good cause and GRANTS Defendants' Motion.

///

///

///

Phase I will be liability and the predicate question as to punitive damages only. Phase II will be compensatory and punitive damages.

Dated:___________, 2026

_______________________________________.
HONORABLE MARGO A. ROCCONI
UNITED STATES DISTRICT MAGISTRATE