**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,

Plaintiff,

v.

CITY OF LOS ANGELES, Daniel ramirez; jim mcdonnell; Matthew barragan; florence yu; erroll southers; fabian garcia; maría calanche; rasha shields; and DOES 1-10, inclusive,

Defendants.

.

CASE NO. 2:25-cv-07136-MAR

*Hon. Mag. Margo A. Rocconi; - Ctrm. 790*

**[PROPOSED] ORDER GRANTING DEFENDANTS' THIRD MOTION IN LIMINE TO EXCLUDE EVIDENCE OF NATIONAL EVENTS AND STATISTICS**

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Having reviewed and considered all documents, including any opposition and reply papers, submitted regarding Defendants' Motion in Limine to Exclude Evidence of any national events and statistics, the Court finds good cause and GRANTS Defendants' Motion.

Dated:__________, 2026

_________________________________.

HONORABLE MARGO A. ROCCONI
UNITED STATES DISTRICT MAGISTRATE