UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ESMERALDA LARIOS ALVARADO,

Plaintiff,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No.: 2:25-cv-07136-MAR
[*Honorable Mag. Margo A. Rocconi*]

**[PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF MOTION AND AMENDED MOTION *IN LIMINE* No. 2 TO EXCLUDE TESTIMONY THAT IT IS PERMISSIBLE TO SHOOT A MAN MERELY FOR FLEEING**

**Final Pre-Trial Conference**
Date: September 23, 2026
Time: 11:00 a.m.
**Jury Trial**
Date: October 20, 2026
Time: 09:00 a.m.

Ctrm: Roybal – Ctrm. 790

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed Plaintiff's Motion *in Limine* No. 2 to Exclude Testimony That It Is Permissible To Shoot A Man Merely For Fleeing, and GOOD CAUSE appearing therein, Plaintiff's Motion is HEREBY GRANTED. It is hereby excluded from trial any evidence, testimony, argument, reference or inference at trial that it is permissible to shoot a man merely for fleeing including testimony that it would be appropriate to use deadly force against Larios merely because he had a gun in his hand and was running away, and nothing more – no furtive movement, no verbal threat, no attempt to take a hostage, no pointing of the gun – just running away with a gun in hand yet still an imminent threat of death or serious bodily injury. Any such testimony or argument would be inconsistent with the law, would be inconsistent with the facts, and any such testimony or argument would confuse the jury, mislead the jury, and unduly prejudice Plaintiff. Federal Rules of Evidence, Rules 401, 402, 403, 404, and 702; and *Graham v. Connor*, 490 U.S. 386, 395-97 (1989).

**IT IS SO ORDERED.**

DATED: ____________________

____________________________
Honorable Margo A. Rocconi
United States Magistrate Judge