**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and DANIEL RAMIREZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, DANIEL RAMIREZ; JIM MCDONNELL; MATTHEW BARRAGAN; FLORENCE YU; ERROLL SOUTHERS; FABIAN GARCIA; MARÍA CALANCHE; RASHA SHIELDS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-07136-MAR<br>*Hon. Mag. Margo A. Rocconi; Roybal – Ctrm. 790*<br><br>**DEFENDANTS WITNESS LIST**<br><br>**Final Pretrial Conference**<br>Date: November 4, 2026<br>Time: 11:00 A.M.<br><br>**Trial**<br>Date: November 16, 2026<br>Time: 9:00 A.M. |

Pursuant to Fed. R. Civ. P. 26(a)(3), Local Rule 16-5, and the Court's Order re: Jury Trial (Dkt. No. 32), Defendants submit the following list of witnesses whom they expect to call or may call at trial.

///

///

| Witness Name | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Daniel Ramirez | Defendant and shooting Officer | 1.5 hours | | 11/17/26 |
| David Cervantes | Percipient Witness Officer to shooting; performed CPR | 0.5 hours | | 11/17/26 |
| Rolando Mata | Percipient Witness Officer to shooting | 0.5 hours | | 11/17/26 |
| Kenton Call* | Responding LAPD officer who escorted Decedent to hospital | 0.25 hours | | 11/17/26 |
| Kenneth Morales* | Responding LAPD officer | 0.25 hours | | 11/17/26 |
| Paul Kwun* | Responding LAPD supervisor | 0.25 hours | | 11/17/26 |
| Ricardo Alvarez* | Responding LAPD supervisor | 0.25 hours | | 11/17/26 |
| William Niemeyer* | Responding LAPD supervisor | 0.25 hours | | 11/17/26 |
| Victor Aguilar* | Responding LAFD Paramedic | 0.25 hours | | 11/17/26 |
| Kurtsten De La O* | Responding LAFD Paramedic | 0.25 hours | | 11/17/26 |
| Andrew Shade* | Responding LAFD Paramedic | 0.25 hours | | 11/17/26 |
| Christopher Gelinas* | Responding LAFD Paramedic | 0.25 hours | | 11/17/26 |
| Edwin Leano * | Responding LAFD Paramedic | 0.25 hours | | 11/17/26 |
| Eduardo Piche | Responding LAPD officer who escorted Decedent to hospital | 0.25 hours | | 11/17/26 |
| Edward Flosi | Defendants’ Police Practices Expert | 1.0 hours | | 11/18/26 |
| A. Munoz* | Criminalist who collected evidence at scene, tested Decedent’s gun | 0.5 hours | | 11/18/26 |

| Witness Name | Summary of Testimony/ Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| K. Rocco* | Criminalist who collected evidence at scene | 0.25 hours | | 11/18/26 |
| K. Siu* | Criminalist who test-fired Decedent's gun | 0.25 hours | | 11/18/26 |
| Dr. Pedro Ortiz-Colom* | Coroner who performed autopsy | 0.5 hours | | 11/18/26 |

* Will only be called if necessary, depending on trial testimony.

Dated: October 14, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Atty.
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: Ty A. Ford
**TY A. FORD**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, and DANIEL RAMIREZ