**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and DANIEL RAMIREZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO, individually and as successor in interest to ALEXANDER AGUILAR-LARIOS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, DANIEL RAMIREZ; JIM MCDONNELL; MATTHEW BARRAGAN; FLORENCE YU; ERROLL SOUTHERS; FABIAN GARCIA; MARÍA CALANCHE; RASHA SHIELDS; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-07136-MAR<br>*Hon. Mag. Margo A. Rocconi; Roybal – Ctrm. 790*<br><br>**DEFENDANTS EXHIBIT LIST**<br><br>**Final Pretrial Conference**<br>Date: November 4, 2026<br>Time: 11:00 A.M.<br><br>**Trial**<br>Date: November 16, 2026<br>Time: 9:00 A.M. |

Pursuant to Fed. R. Civ. P. 26(a)(3), Local Rule 16-5, and the Court's Order re: Jury Trial (Dkt. No. 32), Defendants submit the following list of exhibits:

///

///

///

Case Title: Alvarado, et al v. City of Los Angeles, et al. Case No: 2:25-cv-07136-MAR

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1. | Ramirez BWV (CITY 1837) | Daniel Ramirez | | | | |
| 2. | Ramirez BWV Clip (CITY 1827) | Daniel Ramirez | | | | |
| 3. | Ramirez BWV Clip (CITY 1828) | Daniel Ramirez | | | | |
| 4. | Ramirez BWV Clip (CITY 1829) | Daniel Ramirez | | | | |
| 5. | Cervantes BWV (CITY 1832) | David Cervantes | | | | |
| 6. | Mata BWV #1 (CITY 1833) | Rolando Mata | | | | |
| 7. | Mata BWV #2 (CITY 1834) | Rolando Mata | | | | |
| 8. | Overview Area Image (CITY 9) | Daniel Ramirez | | | | |
| 9. | Parked Cars Image (CITY 10) | Daniel Ramirez | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 10. | Overview Map (CITY 11) | Daniel Ramirez | | | | |
| 11. | Pursuit Still (CITY 13) | Daniel Ramirez | | | | |
| 12. | Ramirez BWV Stills (CITY 16-19) | Daniel Ramirez | | | | |
| 13. | Area Diagram (CITY 21) | Daniel Ramirez | | | | |
| 14. | Aguilar's gun images (CITY 27) | Daniel Ramirez | | | | |
| 15. | MDC Pages (CITY 14-126) | Daniel Ramirez | | | | |
| 16. | LAPD Investigative Report (CITY 143-148) | Daniel Ramirez | | | | |
| 17. | LAFD Records (CITY 149-154) | Victor Aguilar | | | | |
| 18. | Property Reports (CITY 156-166) | A. Munoz | | | | |
| 19. | Aguilar firearm | A. Munoz | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | reports (CITY 167-169) | | | | | |
| 20. | Aguilar firearm registration (CITY 174) | A. Munoz | | | | |
| 21. | Aguilar test-fire reports (CITY 178-181) | K. Siu | | | | |
| 22. | Incident Recall document (CITY 182-221) | Daniel Ramirez | | | | |
| 23. | Coroner's Report (CITY 271-301) | Dr. Pedro Ortiz-Colom | | | | |
| 24. | Crime Scene Photos | Daniel Ramirez | | | | |
| 25. | POST Learning Domain excerpts | Edward Flosi | | | | |
| 26. | LAPD Foot Pursuits training directive (CITY - | Edward Flosi | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Response to Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| | 1657 -1663) | | | | | |
| 27. | LAPD Use of Force training directive (CITY 1664-1671) | Edward Flosi | | | | |
| 28. | Surveillanc e Video clips | Daniel Ramirez | | | | |
| 29. | 911 Audio Recordings | Daniel Ramirez | | | | |
| 30. | LAPD Radio Traffic recordings | Daniel Ramirez | | | | |
| 31. | Edward Flosi Rule 26 report and CV | Edward Flosi | | (for reference only) | | |

Dated: October 14, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Atty.
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney

By: Ty A. Ford

**TY A. FORD**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES, DANIEL RAMIREZ