**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, and DANIEL RAMIREZ.<br><br>Defendants. | Case No.: 2:25-cv-07136-MAR<br>[*Honorable Mag. Margo A. Rocconi*]<br><br>**PLAINTIFF'S EXHIBIT LIST**<br><br>**Final Pre-Trial Conference**<br>Date: November 4, 2026<br>Time: 11:00 a.m.<br>**Jury Trial**<br>Date: November 16, 2026<br>Time: 09:00 a.m.<br><br>Ctrm: Roybal – Ctrm. 790 |

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff ESMERALDA LARIOS ALVARADO hereby submits the following Exhibit List of tangible/documentary evidence which may potentially be provided-published to the jury at the time of trial pursuant to Fed. R. Civ. P. 26(a)(3), Local Rule 16-6, and the Court's Order re: Jury Trial (Doc. 32). Plaintiff reserves the right to amend this list pursuant to the Court's orders including motions *in limine*.

Respectfully Submitted,

DATED: October 14, 2026 **LAW OFFICE OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff*

**Case Title:** ***Larios v. City of Los Angeles et al.*** **Case No. 2:25-cv-07136-MAR**

**PLAINTIFF'S EXHIBIT LIST**

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| **VIDEOS** | | | | |
| 1. | Ramirez BWC (full video) (CITY 1837) | | | |
| 2. | Ramirez BWC Clip 1 (CITY 1827) | | | |
| 3. | Ramirez BWC Clip 2 (CITY 1840) | | | |
| 4. | Ramirez BWC Clip 3 slow (CITY 1841) | | | |
| 5. | Ramirez BWC Clip 4 (CITY 1842) | | | |
| 6. | Ramirez BWC Clip 5 slow (CITY 1843) | | | |
| 7. | Mata BWC (full video) (CITY 1834) | | | |
| 8. | Mata BWC post shooting (CITY 1833) | | | |
| 9. | Mata BWC Clip 1 (CITY 1844) | | | |
| 10. | Cervantes BWC (full video) (CITY 1832) | | | |
| 11. | Cervantes BWC Clip 1 (CITY 1845) | | | |
| 12. | Cervantes BWC Clip 2 (CITY 1853) | | | |
| 13. | Surveillance Video 1 (CITY 1846) | | | |
| 14. | Surveillance Video 2 (CITY 1847) | | | |
| 15. | Surveillance Video 3 (CITY 1848) | | | |
| 16. | Surveillance Video 4 (CITY 1849) | | | |
| 17. | Surveillance Video 5 (CITY 1850) | | | |
| 18. | Surveillance Video 6 (CITY 1851) | | | |
| 19. | Surveillance Video 7 | | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (CITY 1852) | | | |
| 20. | RA Video<br>(CITY 1831) | | | |
| 21. | Niemeyer BWC<br>(CITY 1835) | | | |
| 22. | Cell Video 1<br>(P 397) | | | |
| 23. | Cell Video 2<br>(P 412) | | | |
| 24. | Cell Video 3<br>(P 413) | | | |
| 25. | Cell Video 4<br>(P 415) | | | |
| 26. | Cell Video 5<br>(P 411) | | | |
| 27. | Ramriez BWC - Adjustment Comparison | | | |
| 28. | Ramirez BWC - Stabilized Comparison | | | |
| 29. | Ramirez BWC - 4x Enlarged, Stabilized Video | | | |
| 30. | Ramirez BWC - 4x Enlarged, Stabilized PDF | | | |
| 31. | Ramirez BWC - 4x Enlarged, Stabilized, Graphics Video | | | |
| 32. | Ramirez BWC - 4x Enlarged, Stabilized, Graphics PDF | | | |
| 33. | Ramirez BWC - Original - All Graphics Video | | | |
| 34. | Ramirez BWC - Original - All Graphics PDF | | | |
| 35. | Ramirez BWC - Original - Counter Graphics Video | | | |
| 36. | Ramirez BWC - Original - Counter Graphics PDF | | | |
| **PHOTOGRAPHS** | | | | |
| 37. | Officer Charting Photos<br>(CITY 302-339) | | | |
| 38. | Scene Photos from DOI<br>(CITY 356-501) | | | |

| Exh. No. | Description | Objections | Date Identified | Date Admitted |
|---|---|---|---|---|
| 39. | Photos of Scene<br>(CITY 502-580) | | | |
| 40. | Photos of Decedent<br>(CITY 581-644) | | | |
| 41. | Autopsy Photos<br>(CITY 645-717) | | | |
| 42. | Larios Photos<br>(P 1-93) | | | |
| **RECORDS** | | | | |
| 43. | Larios Records<br>(P 94-246) | | | |
| 44. | Larios Docs<br>(P 247-395) | | | |
| 45. | Autopsy Report<br>(CITY 277-301) | | | |
| | ***For Impeachment or Record Refresh Only*** | | | |
| 46. | Ramirez Statement 1 Audio<br>(CITY 1868) | | | |
| 47. | Ramirez Statement 2 Audio<br>(CITY 1869) | | | |
| 48. | Statement of Officer Daniel Ramirez 1 Transcript<br>(CITY 1196-1294) | | | |
| 49. | Statement of Officer Daniel Ramirez 2 Transcript<br>(CITY 1176-1195) | | | |
| 50. | Mata Statement 1 Audio<br>(CITY 1864) | | | |
| 51. | Mata Statement 2 Audio<br>(CITY 1865) | | | |
| 52. | Statement of Officer Rolando Mata 1 Transcript<br>(CITY 1067-1113) | | | |
| 53. | Statement of Officer Rolando Mata 2 Transcript<br>(CITY 1050-1066) | | | |
| 54. | Cervantes Statement 1 Audio<br>(CITY 1858) | | | |
| 55. | Cervantes Statement 2 Audio<br>(CITY 1857) | | | |
| 56. | Statement of Officer David | | | |

| **Exh. No.** | **Description** | **Objections** | **Date Identified** | **Date Admitted** |
|---|---|---|---|---|
| | Cervantes Transcript (CITY 834-903) | | | |

- Exhibits 1-99: Reserved for Plaintiff