**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ESMERALDA LARIOS ALVARADO,

Plaintiff,

v.

CITY OF LOS ANGELES, and DANIEL RAMIREZ,

Defendants.

Case No.: 2:25-cv-07136-MAR
[*Honorable Mag. Margo A. Rocconi*]

**PLAINTIFF'S WITNESS LIST**

**Final Pre-Trial Conference**
Date: November 4, 2026
Time: 11:00 a.m.
**Jury Trial**
Date: November 16, 2026
Time: 09:00 a.m.

Ctrm: Roybal – Ctrm. 790

**TO ALL PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff ESMERALDA LARIOS ALVARADO hereby submits the following list of witnesses which she may call during trial, pursuant to Fed. R. Civ. P. 26(a)(3), Local Rule 16-5, and the Court's Order re: Jury Trial (Doc. 32). Plaintiff reserves the right to amend this list pursuant to the Court's orders including motions *in limine*.

Respectfully Submitted,

DATED: October 14, 2026 **LAW OFFICE OF DALE K. GALIPO**

By: /s/ Marcel F. Sincich
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff*

**Case Title: *Larios v. City of Los Angeles et al.*** **Case No. 2:25-cv-07136-MAR**

## PLAINTIFF'S WITNESS LIST

| Witness Name and Brief Description of Testimony | Reason Testimony is Unique and Not Redundant | Time Estimate |
|---|---|---|
| **1. Esmeralda Larios Alvarado** Plaintiff will testify to her damages. | Plaintiff's testimony is unique as the only witness that can testify as to her loss of her son including their relationship. | Direct: 0.5 hrs Cross: |
| **2. Victor Aguilar** Paramedic will testify to his perspective of Decedent's evaluation, symptoms, treatment and procedures performed, diagnosis, plan, and cost of care. | This paramedic's testimony is unique because it is based on his perspective of the evaluation and treatment of Decedent and the scene as the RA Default Caregiver and RA Driver and as the author of the LAFD Patient Care Report. | Direct: 0.3 hrs Cross: 0.25 hrs |
| **3. Edwin Leano*** Paramedic will testify to his perspective of Decedent's evaluation, symptoms, treatment and procedures performed, diagnosis, plan, and cost of care. | This paramedic's testimony is unique because it is based on his perspective of the evaluation and treatment of Decedent and the scene as the RA Attendant. | Direct: 0.3 hrs Cross: 0.25 hrs |
| **4. Dr. Scott Bricker** Treating physician will testify as to evaluation and treatment of Decedent in the ER. | Dr. Bricker is unique as he is the physician who treated Decedent in the ER who evaluated Decedent's injuries and harm, including for his gunshot wounds and the damage caused within his body, examined and treated Decedent, and can provide impression and findings including the cause of injuries and harm and result of injuries. | Direct: 0.5 hrs Cross: |
| **5. Dr. Pedro Ortiz-Colom** Deputy Medical Examiner will testify as to Decedent's injuries, trajectory, cause of death | Dr. Ortiz-Colom's testimony is unique because he performed the autopsy on Decedent and will testify to Decedent's injuries, cause of injuries, projectile collection and examination, cause of death as | Direct: 0.75 hrs Cross: 0.5 hrs |

| Witness Name and Brief Description of Testimony | Reason Testimony is Unique and Not Redundant | Time Estimate |
|---|---|---|
| and manner of death. | gunshot wound to the back, no other significant conditions, manner of death, trajectory and path of gunshot, entry and exit wounds, diagram of wounds and path, autopsy photos, predeath pain and suffering, timing of death and general body position of Decedent at the time of the fatal shot. | |
| **6. Daniel Ramirez** Defendant shooting officer testimony regarding description of facts known at the time of his use of deadly force, immediately prior to and after the same. | Defendant Ramirez's testimony is unique as he was the shooting officer in this incident. | Direct: 2 hrs<br>Cross: 1.5 hrs |
| **7. David Cervantes** Partner officer will testify as to his observations of Decedent prior, during and after the use of deadly force. | Officer Cervantes' testimony is unique as partner to the shooting officer and eye-witness to portions of the incident including medical treatment after the use of deadly force. | Direct: 0.5 hrs<br>Cross: 0.5 hrs |
| **8. Rolando Mata** Partner officer will testify as to his observations of Decedent prior, during and after the use of deadly force. | Officer Mata's testimony is unique as partner to the shooting officer and eye-witness to portions of the incident including medical treatment after the use of deadly force. | Direct: 0.5 hrs<br>Cross: 0.5 hrs |
| **9. Scott Holdaway** Plaintiff's forensic video analyst expert will testify as to his video analysis and video exhibits. | Mr. Holdaway's testimony is unique as he will lay the foundation for the video exhibits that show when the shots were fired, the locations of Defendant and Decedent at the time of the shots, and their body positions. | Direct: 1 hr<br>Cross: |
| **10. Jeff Noble** Plaintiff's police practices expert will testify as to the standards and training for | Mr. Noble's testimony is unique as plaintiff's sole expert to discuss the appropriate tactics, training, and procedures that should have been | Direct: 2 hrs<br>Cross: |

| **Witness Name and Brief Description of Testimony** | **Reason Testimony is Unique and Not Redundant** | **Time Estimate** |
|---|---|---|
| officers and opinions related to Defendants' conduct. | performed and render opinions as to the conduct of the Defendant. | |

* Will Call if necessary.