**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiff*

**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**TY A. FORD**, Deputy City Attorney (SBN 218365)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900 | Fax No.: (213) 978-8785
Email: Ty.Ford@lacity.org
*Attorneys for Defendants*, CITY OF LOS ANGELES and DANIEL RAMIREZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMERALDA LARIOS ALVARADO,<br>Plaintiff,<br>vs.<br>CITY OF LOS ANGELES, et al.,<br>Defendants. | Case No.: 2:25-cv-07136-MAR<br>[*Honorable Mag. Margo A. Rocconi*]<br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**<br>**Trial**: November 16, 2026 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

By and through their counsel of record in this action, Plaintiff ESMERALDA LARIOS ALVARADO and Defendants CITY OF LOS ANGELES; and DANIEL RAMIREZ (together called "the parties"), hereby

present this Joint Notice of Conditional Settlement and Stipulation to Vacate all Dates and Deadlines based on the following good cause:

The parties have reached a settlement subject to approval from City of Los Angeles Claims Board, Budget & Finance Committee, City Council and Mayor. Defense counsel is informed and believes that the settlement will be presented and recommended to City Council within the next few weeks and projects that settlement will be fully consummated between ninety (90) and one-hundred and twenty (120) days.

The parties will file the appropriate dismissal no later than seven (7) days after Plaintiff's receipt of the subject settlement check. Given that the trial is set to proceed on November 16, 2026, the parties request the Court vacate all dates and deadlines and retain jurisdiction over this matter until the settlement is fully consummated by the parties.

No later than February 28, 2027, the parties will either submit (1) a dismissal of the entire action, or (2) a Joint Status Report re. Settlement.

Respectfully Submitted,

DATED: October 23, 2026 **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorney for Plaintiff*

DATED: October 23, 2026 **HYDEE FELDSTEIN SOTO,** City Attorney
**DENISE C. MILLS,** Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**TY A. FORD, Deputy City Attorney**

By: */s/ Ty A. Ford*
Ty A. Ford
*Attorneys for Defendants*