**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DIANA RIAS; TA-TANESHA GALBURTH; DOMONIC ADAMS Sr.; and BRITTANY MASON,

Plaintiffs,

vs.

CITY OF FONTANA; EDWARD BAUTISTA; JESUS GARCIA; DANIEL PRECIE; BRIAN ZOZAYA; and DOES 1-10, inclusive,

Defendants.

Case No.: 2:25-cv-07136-MAR

[*Honorable Mag. Margo A. Rocconi*]

**[PROPOSED] ORDER RE: JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES AND DEADLINES**

**TO ALL PARTIES AND COUNSEL:**

Having reviewed the parties' Joint Status Report re. Settlement, and good cause appearing therein, it is hereby ordered as follows:

1. The parties will file the appropriate dismissal no later than seven (7) days after Plaintiff's receipt of the subject settlement check.
2. This Court shall retain jurisdiction over this matter until the settlement is fully consummated by the parties.
3. No later than February 28, 2027, the parties will either submit (1) a dismissal of the entire action, or (2) a Joint Status Report re. Settlement.

Dated: ____________________

______________________________
Hon. Margo A. Rocconi
United States Magistrate Court